

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00219-CV

**IN RE ACADEMY, LTD. DBA ACADEMY SPORTS AND OUTDOORS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice[2]
              Irene Rios, Justice
              Beth Watkins, Justice

Delivered and Filed: May 22, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On April 9, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause Nos. 2017CI23341; 2018CI14368; 2018CI23302; 2018CI23299, styled *Robert Braden v. Academy, Ltd. d/b/a Academy Sports + Outdoors* and *Chancie McMahan, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

[2] Chief Justice Marion dissents to the denial without requesting a response.